BonaparteIN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

**In the Matter of**:

ADRIAN VAZQUEZ DIAZ

Debtor(s)

Case No. **08-08828-ESL**

Chapter 13

# INFORMATIVE MOTION ABOUT PAYMENTS MADE BY DEBTOR FOR POST-PETITION MORTGAGE ARREARS AND VEHICLE ARREARS

**TO THE HONORABLE COURT**:

The undersigned, attorney for the above-named debtors, notifies the Court as follows,

1. We have tried unsuccessfully to contact debtor by telephone and by letter. Several months ago debtor informed us that he would be traveling to the state of Florida to visit his daughter and possibly stay there for a while. We also called to the phone number debtor provided to contact him during his stay, but te number is disconnected. We are afraid that debtor could have died because he was in his eighties. Therefore, we need to visit debtor in his residential property in Morovis to find out of his whereabouts, but it can not be done until September 4-5, 2010.

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the previously informed grant debtor 14 days to answer motion to dismiss and or inform the court.

**I HEREBY CERTIFY**, that on this date I electronically filed the above document with the Clerk of the Court using ECF/CM system which sends notification of such filing to the Chapter 13 trustee Jose R. Carrion.

In Vega Baja, Puerto Rico, on this August 28, 2010.

s/ *Juan O. Calderon Lithgow*
**JUAN O. CALDERON LITHGOW**
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 858-5476
juan004@prtc.net

1