IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-08828 ESL

ADRIAN VAZQUEZ DIAZ

Chapter 13

XXX-XX-9756

FILED & ENTERED ON 10/14/2010

Debtor(s)

**ORDER**

The motion filed by debtor (docket #54) is hereby denied without prejudice for failure to comply with LBR 9013-1(h).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 14 day of October, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES